# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br><br>  v.<br><br>**SERGEI MAKININ,**<br>  Defendant. | **CRIMINAL CASE NO.**: 22-470 (PAD) |

## MOTION REQUESTING SENTENCING HEARING

COMES NOW Defendant Sergei Makinin, through the undersigned counsel, and hereby states and prays as follows:

1. On September 18, 2023, the defendant pled guilty to counts one, two, and three of the Indictment. (*See* Docket No. 43.)

2. At the time, at the request of the parties, a sentencing hearing was not set.

3. The parties are now prepared to proceed to sentencing.

4. Accordingly, the defendant hereby requests the Court set his sentencing hearing as soon as practicable and order the preparation of the presentence investigation report.

**WHEREFORE**, the defendant respectfully requests the Court GRANT this motion, with any relief it deems just in light of the circumstances.

Respectfully submitted on this 22nd day of March 2024, in San Juan, Puerto Rico.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will provide access to all parties of record.

**DMR Law**
Capital Center Bldg.
Suite 1101
San Juan, PR 00918
Tel. 787-331-9970

*s/ Javier Micheo Marcial*
Javier Micheo Marcial
USDC-PR No. 305310
j.micheo@dmrpr.com