IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br><br> v.<br><br>**SERGEI MAKININ**,<br>  Defendant. | **CRIMINAL CASE NO.**: 22-470 (PAD) |

## MOTION IN COMPLIANCE WITH COURT ORDER

COMES NOW Defendant Sergei Makinin, through the undersigned counsel, and hereby states and prays as follows:

1. On October 17, 2023, Defendant filed a motion requesting reimbursement of interpreter expenses pursuant to the CJA. (*See* Docket No. 46.)

2. The Court denied the motion without prejudice and ordered Defendant to file a CJA23 form. (*See* Docket No. 47.)

3. The defendant filed the CJA23 form on November 22, 2023. (See Docket No. 49.)

4. Subsequently, on April 15, 2024, the Court entered the following order:

   > The court is amenable to granting the defendant's request. However, before an order for appointment is made, defendant must submit the interpreter's proposed rate and hours to be worked. As such, defendant shall supplement his request including the interpreter's name, CV, contact information, proposed rate and total hours.

   Docket No. 52.

5. The defendant notes that the requested information was submitted to the Court at Docket No. 46. However, for ease of reference, the defendant hereby re-submits the curriculum vitae for interpreter Anastasia Kitsul at Exhibit 1. Mr. Makinin and Ms. Kitsul agreed that she would be compensated at $100/hour.

_____

6. Mr. Makinin found himself unable to pay for Ms. Kitsul's services after having already received approximately 16 hours of interpretation services, for an invoiced total (including reimbursable expenses) of $1,537.60.

7. Accordingly, Mr. Makinin respectfully requests the Court authorize his counsel to be reimbursed $1,537.60 for necessary and reasonable interpretation expenses incurred as part of Mr. Makinin's defense.

8. It bears mentioning that this matter was raised with the Court and the United States at the August 10, 2023 Status Conference and the United States did not object to the relief sought herein.

9. This request is made in good faith and in the interest of fairness.

**WHEREFORE**, counsel respectfully requests the Court GRANT this motion, with any relief it deems just in light of the circumstances.

Respectfully submitted on this 21st day of April 2024, in San Juan, Puerto Rico.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will provide access to all parties of record.

> **DMR Law**
> Capital Center Bldg.
> Suite 1101
> San Juan, PR 00918
> Tel. 787-331-9970
>
> *s/ Javier Micheo Marcial*
> Javier Micheo Marcial
> USDC-PR No. 305310
> javier.micheo@dmralaw.com