### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   Plaintiff,<br><br>   v.<br><br>**SERGEI MAKININ**,<br>   Defendant. | **CRIMINAL CASE NO.**: 22-470 (PAD) |

### MOTION TO RESTRICT

COMES NOW Defendant Sergei Makinin, through the undersigned counsel, and hereby respectfully requests the Court's leave to file his Sentencing Memorandum as a parties-only document, to which the Government and the Court would have access, as it contains sensitive information about Mr. Makinin's family that should remain confidential.

**WHEREFORE**, Defendant respectfully requests the Court GRANT this motion, with any relief it deems just in light of the circumstances.

Respectfully submitted on this 16th day of July 2024, in San Juan, Puerto Rico.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will provide access to all parties of record.

> **DMR Law**
> Capital Center Bldg.
> Suite 1101
> San Juan, PR 00918
> Tel. 787-331-9970
>
> *s/ Javier Micheo Marcial*
> Javier Micheo Marcial
> USDC-PR No. 305310
> j.micheo@dmrpr.com